FBT Gibbons

**John S. Mairo**
Partner
+1 973.596.4428 (t)
+1 973.639.6364 (f)
jmairo@fbtgibbons.com

September 30, 2026

***Via Electronic Mail to Chambers***
Hon. Vincent F. Papalia, U.S.B.J.
United States Bankruptcy Court of the District of New Jersey
Martin Luther King, Jr. Federal Building and Courthouse
50 Walnut Street
Newark, New Jersey 07102

***Re: S B Building Associates Limited Partnership***
***Case No. 22-14231 (VFP)***
***Hearing Schedule Per 9/23/26 Status Conference***

Dear Judge Papalia:

On behalf of Boraie Development, LLC and Milltown Ford Avenue Redeveloper LLC (collectively, "**Boraie**"), this letter sets forth the hearing/objection schedule discussed at the status conference held on September 23, 2026 (the "**Status Conference**"). At the Status Conference, the Court requested that a letter be placed on the docket memorializing the below schedule:

**A.** On or before Friday, October 3, 2026, Boraie will file a motion for relief under the Access Order (ECF No. 293); specifically, a motion requesting an order granting specified relief from the restrictions on disclosure contained in paragraph 8 of the Access Order regarding the environmental testing conducted pursuant to the Access Order and the related estimated remediation costs (the "**Property Environmental Conditions/Remediation Costs Disclosure Motion**").

**B.** On or before Tuesday, October 20, 2026:

(i) objections to the Property Environmental Conditions/Remediation Costs Disclosure Motion are to be filed with the Court;

(ii) objections to Boraie's Disclosure Statement (ECF No. 310) are to be filed with the Court;

(iii) objections to the Debtor's Disclosure Statement (ECF No. 312) are to be filed with the Court; and

(iv) the Milltown-Ford Avenue Redevelopment Agency (the "**Agency**") shall serve any and all discovery requests upon counsel for the Debtor and Sass Parties (the "**Agency Discovery**") in connection with the Court's Opinion Granting: (I) Debtor's Motion for Entry of an Order Awarding Interim Expenses; and (II) Sass Creditors' Motion for Entry of an Order Awarding Expenses, Subject to Further Proceedings As to Scope And Reasonableness of Any Award (ECF No. 318).

**C.** Replies, if any, to objections filed to the items noted in B. above are to be filed with the Court on or before Tuesday, October 27, 2026.

**D.** A hearing has been scheduled for Thursday, October 29, 2026 at 2:30 p.m. (the "**October 29th Hearing**"). At the October 29th Hearing, the Court will consider approval of: (i) the Property Environmental Conditions/Remediation Costs Disclosure Motion; (ii) Boraie's Disclosure Statement; and (iii) the Debtor's Disclosure Statement. Further, if needed, the Court will address issues relating to the Agency Discovery.

Finally, per recent granted adjournment requests placed on the docket (ECF Nos. 323 and 324), the following motions have been moved to the October 29th Hearing: (a) Borough of Milltown's Motion to Appoint Trustee, or in the alternative Motion to Convert Case from Chapter 11 to Chapter 7 [ECF No. 139]; and (b) Debtor's Motion to Determine Amount of the Secured Claim of the Borough's Secured Claim [ECF No. 182].

Respectfully submitted,

*/s/ John S. Mairo*

John S. Mairo

JSM/cc
cc: All Parties via ECF