**BERGER & BORNSTEIN, LLC**
A LIMITED LIABILITY COMPANY
COUNSELLORS AT LAW
237 SOUTH STREET
P.O. BOX 2049
MORRISTOWN, NEW JERSEY 07962-2049

LAWRENCE S. BERGER
ROBERT A. BORNSTEIN

TELEPHONE (973) 993-8600

October 1, 2026

**<u>Via ECF</u>**
Honorable Vincent F. Papalia
United States Bankruptcy Court
Martin Luther King, Jr. Federal Building
50 Walnut Street, 3rd Floor
Newark, NJ 07102

**Re: SB Building Associates Limited Partnership**
**Case No: 22-14231-VFP**

Dear Judge Papalia:

Enclosed please find copies of Judge Bradshaw's Orders in connection with the DEP matter in Milltown.

As I previously indicated to Your Honor, Judge Bradshaw denied the DEP's motion for summary judgment and granted SB Building's Motion dismissing the DEP's complaint with prejudice.

Respectfully yours,

/s/*Lawrence S. Berger*

LAWRENCE S. BERGER

LSB/ml
Enclosure
Cc: All parties on service list

Lawrence S. Berger, Esq. - 0218641965
BERGER & BORNSTEIN, LLC
Attorneys at Law
237 South Street, Post Office Box 2049
Morristown, New Jersey 07962-2049
(973) 993-8600
Attorneys for Defendants, SB Building Associates, L.P.
Lawrence S. Berger, SB Milltown Realty Holdings,
LLC, SB Building GP, LLC, United States Land
Resources, L.P. and Berger & Bornstein, LLC

FILED

SEP 25 2026

Patrick J. Bradshaw, J.S.C.

| | |
|---|---|
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; THE COMMISSIONER OF THE NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; and THE ADMINISTRATOR OF THE NEW JERSEY SPILL COMPENSATION FUND,.<br><br>Plaintiffs,<br><br>v.<br><br>SB MILLTOWN INDUSTRIAL REALTY HOLDINGS, L.L.C., *et alia*.<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION MIDDLESEX COUNTY<br>DOCKET NO.: MID-L- 2227-23<br><br><u>Civil Action</u><br><br>**ORDER AND JUDGMENT** |

THIS MATTER having been opened to the Court by Peter Sosinski, Deputy Attorney General for the State of New Jersey, attorney for Plaintiffs, upon notice to counsel for Defendants, SB Building Associates, L.P., Lawrence S. Berger, SB Milltown Realty Holdings, LLC, SB Building GP, LLC, United States Land Resources, L.P. and Berger & Bornstein, LLC, by way of a Motion seeking Summary Judgment pursuant to *R. 4:46* against Defendants, SB Building Associates, L.P. and Lawrence S. Berger, and by a Cross-Motion for Summary Judgment filed on behalf of Defendants, SB Building Associates, L.P., Lawrence S. Berger, SB Milltown Realty Holdings, LLC, SB Building GP, LLC, United States Land Resources, L.P. and Berger & Bornstein, LLC, seeking the dismissal of the Complaint as against them, with prejudice, and the Court having considered the moving papers in support and in opposition to the motions, and having considered the arguments of counsel and for good cause shown;

IT IS ON THIS _25th___ day of __September, 2026,__________, 20XX

1. ORDERED that the Motion for Summary Judgment pursuant to *R. 4:46* filed by Plaintiffs against Defendants, SB Building Associates, L.P. and Lawrence S. Berger, is DENIED; and it is

2. FURTHER ORDERED that the Cross- Motion for Summary Judgment pursuant to *R. 4:46* filed by Defendants, SB Building Associates, L.P., Lawrence S. Berger, SB Milltown Realty Holdings, LLC, SB Building GP, LLC, United States Land Resources, L.P. and Berger & Bornstein, LLC, for an order and judgment against Plaintiffs dismissing the Complaint with prejudice, is GRANTED AND Judgment is hereby ordered and entered dismissing the Complaint as against Defendants, SB Building Associates, L.P., Lawrence S. Berger, SB Milltown Realty Holdings, LLC, SB Building GP, LLC, United States Land Resources, L.P. and, Berger & Bornstein, LLC with prejudice; and it is

3. FURTHER ORDERED that counsel for moving party shall, within seven (7) days after receipt of this Order serve or cause to be served, by e-courts electronic notice or by ordinary mail, a copy of this Order upon counsel for all other parties who have entered an appearance in this case.

HON. PATRICK J. BRADSHAW , J.S.C.

_X_ Opposed

___ Unopposed

___ Unopposed

Decided:

___ On Papers

_X_ With Oral Argument



The reasons for the above Court action were placed on the record on Friday, September 25, 2026 at the time Oral Argument was entertained.

MATTHEW J. PLATKIN
Attorney General of New Jersey
Richard J. Hughes Justice Complex
P.O. Box-093
Trenton, New Jersey 08625-093
Attorney for Plaintiffs,

By: Peter Sosinski (210552017)
Deputy Attorney General
(609) 376-3320

FILED
SEP 25 2026
Patrick J. Bradshaw, J.S.C.

| | | |
|---|---|---|
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; THE COMMISSIONER OF THE NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; and THE ADMINISTRATOR OF THE NEW JERSEY SPILL COMPENSATION FUND,<br><br>Plaintiffs,<br><br>v.<br><br>SB MILLTOWN INDUSTRIAL REALTY HOLDINGS, L.L.C.; SB BUILDING GP, LLC; SB BUILDING ASSOCIATES LIMITED PARTNERSHIP; COBRA ENTERPRISES L.L.C.; UNITED STATES LAND RESOURCES L.P.; BERGER & BORNSTEIN, A PROFESSIONAL ASSOCIATION; LAWRENCE S. BERGER; XYZ CORPORATIONS 1-10, and JOHN AND/OR JANE DOES 1-10,<br><br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION -<br>MIDDLESEX COUNTY<br>DOCKET NO. MID-L-22227-23<br><br><u>Civil Action</u><br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGEMENT |

THIS MATTER having come before the Court on Notice of Motion by Matthew J. Platkin, Attorney General of New Jersey (Peter Sosinski, Deputy Attorney General, appearing) on behalf of Plaintiffs, New Jersey Department of Environmental Protection, the

Commissioner of the New Jersey Department of Environmental Protection and the Administrator of the New Jersey Spill Compensation Fund, for an order for Summary Judgment in the case, and the Court having reviewed all parties' submissions,

IT IS on this 25th day of September, 2026

1) **ORDERED** that Plaintiffs' motion for Summary Judgment against Defendants SB Building Associates Limited Partnership and Lawrence S. Berger is hereby GRANTED; and it is further,

DENIED

2) **ORDERED** that Defendants SB Building Associates Limited Partnership and Lawrence S. Berger are jointly and severally liable for all cleanup, removal, and related costs required to remediate the discharge of hazardous substance at the property located at 2 Ford Avenue in Milltown, New Jersey ("Site") and wherever the discharge of the electrical transformers travelled to; and it is further

DENIED

3) **ORDERED** that Defendants SB Building Associates Limited Partnership and Lawrence S. Berger shall:

a. Immediately hire and maintain a licensed site remediation professional to investigate and remediate the location of the discharge and where the discharge travelled;

DENIED

b. Perform the full investigation and remediation of the location in conformance with the Site Remediation Reform Act ("SRRA"), N.J.S.A. 58:10C-1 and -29, and all other application laws and regulations;

DENIED

c. Reimburse Plaintiffs for all cleanup, removal, and relates costs incurred by Plaintiffs as a results of the discharge of hazardous substances, totaling $118,952.31, pursuant to N.J.S.A. 58:10-23.11b.

DENIED

d. Pursuant to N.J.S.A. 58:10-2311u(d) and N.J.S.A. 58:10A-10e, pay a civil penalty of $________

DENIED

**ORDERED** that the within Order shall be served upon all counsels of record within 7 days of the date hereof, per the Court Rules.

Hon. Patrick Bradshaw, J.S.C.

*The reasons for the above Court action were placed on the record on Friday, September 25, 2026 at the time Oral Argument was entertained.