**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**FBT GIBBONS LLP**
Thomas R. Valen, Esq.
John S. Mairo, Esq.
William S. Hatfield, Esq.
Christopher P. Anton, Esq.
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
Email: tvalen@fbtgibbons.com
jmairo@fbtgibbons.com
whatfield@fbtgibbons.com
canton@fbtgibbons.com

*Attorneys for Boraie Development, LLC and Milltown Ford Avenue Redevelopers*

IN RE:

SB BUILDING ASSOCIATES LIMITED PARTNERSHIP, SUCCESSOR BY MERGER TO SB MILLTOWN INDUSTRIAL REALTY HOLDINGS, LLC, AND ALSOL CORPORATION,

DEBTOR.

(Honorable Vincent F. Papalia)

Chapter 11

Case No. 22-14231 (VFP)

**NOTICE OF JOINT MOTION OF BORAIE DEVELOPMENT LLC AND MILLTOWN FORD AVENUE REDEVELOPERS, PURSUANT TO PARAGRAPH 8 OF THE JUNE 10, 2026 ACCESS ORDER, AUTHORIZING DISCLOSURE OF ENVIRONMENTAL TEST RESULTS AND RELATED ESTIMATED REMEDIATION COSTS**

TO: Morris S. Bauer
**DUANE MORRIS LLP**
200 Campus Drive, Suite 300
Florham Park, New Jersey 07932

*Counsel for the Debtor*

Lawrence S. Berger
**BERGER & BORNSTEIN, LLC**
237 South Street
Morristown, New Jersey 08962-2049

*Special Counsel for the Debtor*

**PLEASE TAKE NOTICE** that on **October 29, 2026 at 2:30 p.m.** (the "**Hearing Date**") or as soon thereafter as counsel may be heard, Boraie Development LLC and Milltown Ford Avenue Redevelopers (collectively, "**Boraie**"), as a creditor and the designated redeveloper for

certain of the real property owned by debtor SB Building Associates Limited Partnership (the "**Debtor**"), by and through their counsel, FBT Gibbons LLP, shall move before the Honorable Vincent F. Papalia, United States Bankruptcy Judge, at the United States Bankruptcy Court, 50 Walnut Street, Newark, New Jersey, 07102, Courtroom 3B, pursuant to paragraph 8 of the June 10, 2026 *Order Granting, in Part, the Joint Motion of Boraie Development LLC and Milltown Ford Avenue Redevelopers, Pursuant to Fed. R. Bankr. P. 2004, 7034 & 9014, D.N.J. LBR 2004-1 and 11 U.S.C. §105(a), for (A) Entry of an Order Authorizing Examination of Debtor's Real Property Regarding Environmental Conditions, or Alternatively (B) Granting Movants' Request for Entry onto, and Environmental Testing of, the Debtor's Real Property and Denying the Debtor's Cross-Motion* [ECF No. 293] (the "**Access Order**"), authorizing Boraie to disclose the results of its environmental testing and related estimated remediation costs (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that Movants shall rely upon the accompanying Motion and the Declaration of Thomas Valen. A proposed form of Order and a Certification of Service are submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that any objections to the relief requested in the Motion must be filed with the Court and served so as to be received by the undersigned counsel on or before **October 20, 2026** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that court appearances are required to prosecute any such objections. If no objections to the Motion are timely filed, the Court may grant the relief on the Hearing Date as requested in the proposed form of Order.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Dated: October 2, 2026
Newark, New Jersey

**FBT GIBBONS LLP**

By: */s/ John S. Mairo*
John S. Mairo

*Attorneys for Boraie Development, LLC and Milltown Ford Avenue Redevelopers*