**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**FBT GIBBONS LLP**
Thomas R. Valen, Esq.
John S. Mairo, Esq.
William S. Hatfield, Esq.
Christopher P. Anton, Esq.
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
Email: tvalen@fbtgibbons.com
jmairo@fbtgibbons.com
whatfield@fbtgibbons.com
canton@fbtgibbons.com

*Attorneys for Boraie Development, LLC and Milltown Ford Avenue Redevelopers*

In Re:

S B BUILDING ASSOCIATES LIMITED PARTNERSHIP SUCCESSOR BY MERGER TO SB MILLTOWN INDUSTRIAL REALTY HOLDINGS, LLC, and
ALSOL CORPORATION,

Debtor.

Case Nos.: 22-14231 (VFP)

Judge: Hon. Vincent F. Papalia

Chapter: 11

**ORDER GRANTING JOINT MOTION OF BORAIE DEVELOPMENT LLC AND MILLTOWN FORD AVENUE REDEVELOPERS, PURSUANT TO PARAGRAPH 8 OF THE JUNE 10, 2026 ACCESS ORDER, AUTHORIZING DISCLOSURE OF ENVIRONMENTAL TEST RESULTS AND RELATED ESTIMATED REMEDIATION COSTS**

The relief set forth on the following pages numbered two (2) through three (3) is hereby **ORDERED.**

**DATED:** ____________________

____________________________________
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtors: S B Building Associates Limited Partnership
Case Nos.: 22-14231
Caption of Order: **ORDER GRANTING JOINT MOTION OF BORAIE DEVELOPMENT LLC AND MILLTOWN FORD AVENUE REDEVELOPERS, PURSUANT TO PARAGRAPH 8 OF THE JUNE 10, 2026 ACCESS ORDER, AUTHORIZING DISCLOSURE OF ENVIRONMENTAL TEST RESULTS AND RELATED ESTIMATED REMEDIATION COSTS**

---

Upon the Joint Motion of Boraie Development LLC and Milltown Ford Avenue Redevelopment Agency (collectively "**Boraie**"), pursuant to paragraph 8 of the June 10, 2026 *Order Granting, in Part, the Joint Motion of Boraie Development LLC and Milltown Ford Avenue Redevelopers, Pursuant to Fed. R. Bankr. P. 2004, 7034 & 9014, D.N.J. LBR 2004-1 and 11 U.S.C. §105(a), for (A) Entry of an Order Authorizing Examination of Debtor's Real Property Regarding Environmental Conditions, or Alternatively (B) Granting Movants' Request for Entry onto, and Environmental Testing of, the Debtor's Real Property and Denying the Debtor's Cross-Motion* [ECF No. 293] (the "**Access Order**"), for the entry of an Order authorizing Boraie to disclose the results of its environmental testing and related estimated remediation costs (the "**Motion**"); and Boraie having filed a *Combined Disclosure Statement and Plan* [ECF No. 310] (the "**Boraie's DS/Plan**") on August 14, 2026, that stated that the test results are not included but will be provided if the Court grants relief from the Access Order; and the Court having found that good and sufficient cause exists for the granting of the relief requested in the Motion after having given due deliberation to the Motion and all of the proceedings had before the Court in connection with the Motion,

**IT IS ORDERED AS FOLLOWS**:

1. The Motion is granted as set forth herein.

Debtors: S B Building Associates Limited Partnership
Case Nos.: 22-14231
Caption of Order: **ORDER GRANTING JOINT MOTION OF BORAIE DEVELOPMENT LLC AND MILLTOWN FORD AVENUE REDEVELOPERS, PURSUANT TO PARAGRAPH 8 OF THE JUNE 10, 2026 ACCESS ORDER, AUTHORIZING DISCLOSURE OF ENVIRONMENTAL TEST RESULTS AND RELATED ESTIMATED REMEDIATION COSTS**

---

2. Boraie may disclose the results of the environmental testing conducted pursuant to the Access Order, and estimated remediation costs relating thereto, including in connection with all proceedings relating to Boraie's DS/Plan.