Form tsntc

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 22−14231−VFP
Chapter: 11
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

S B Building Associates Limited Partnership
P.O. Box 2049
Morristown, NJ 07962−2049

Successor by Merger with SB Milltown Industrial Realty Holdings, LLC
PO Box 2049
Morristown, NJ 07952

Social Security No.:

Employer's Tax I.D. No.:
22−2806881

---

**Notice That a Transcript Has Been Filed**

You are Noticed that a Transcript has been filed on 10/1/26. Pursuant to the Judicial Conference Policy on Privacy, access to this transcript is restricted for a period of ninety days from the date of filing. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, please call the Clerk's Office] All parties have seven business days to file a Request for Redaction of any social security numbers, financial account data, names of minor−age children, dates of birth, and home addresses. If redaction is requested, the filing party has twenty−one calendar days from the date the transcript was filed to file a list of items to be redacted indicating the location of the identifiers within the transcript with the court and to provide the list to the transcriber. The transcriber has thirty−one days from the date the list of items to be redacted was filed to file the redacted version of the transcript with the court . If no request is filed, the transcript will be made electronically available to the general public after the ninety days.

Dated: October 1, 2026
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 22-14231-VFP
S B Building Associates Limited Partners Chapter 11
S B Building Associates Limited Partners
Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 3
Date Rcvd: Oct 01, 2026 Form ID: tsntc Total Noticed: 12

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alsol Corporation, PO Box 2049, Morristown, NJ 07962-2049 |
| db | | S B Building Associates Limited Partnership, P.O. Box 2049, Morristown, NJ 07962-2049 |
| db | + | Successor by Merger with SB Milltown Industrial Re, PO Box 2049, Morristown, NJ 07962-2049 |
| aty | | Berger & Bornstein PA, 237 South Street, P.O. Box 2049, Morristown, NJ 07962-2049 |
| aty | + | Dennis J. Drasco, Lum, Drasco & Positan, LLC, 103 Eisenhower Parkway, Roseland,, NJ 07068-1049 |
| aty | + | Duane Morris LLP, 1037 Raymond Boulevard, Suite 1800, One Riverfront Plaza, Newark, NJ 07102-3889 |
| cr | + | Borough of Milltown, New Jersey, Borough Hall, 39 Washington Avenue, Milltown, NJ 08850-1238 |
| cr | + | U.S. Environmental Protection Agency, U.S. Attorney, 970 Broad Street, Suite 700, Newark, NJ 07102-2534 |
| acc | + | Wagner & Associates, LLC, Wagner & Associates, LLC, 1301 Route 28, Somerville, NJ 08876-3342 |
| intp | + | Western Group, Inc., 7706 Pinebrook Dr, San Antonio, TX 78230-4809 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 01 2026 22:00:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 01 2026 22:00:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| r | ##+ | Zimmel Associates, Inc, 1090 King Georges Post Rd., Suite #808, Edison,, NJ 08837-3723 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Marmero | on behalf of Creditor Borough of Milltown New Jersey amarmero@marmerolaw.com, agresko@marmerolaw.com,amusitano@marmerolaw.com |
| Albert Marmero | on behalf of Interested Party Borough of Milltown New Jersey amarmero@marmerolaw.com, agresko@marmerolaw.com,amusitano@marmerolaw.com |
| Andrew Wray Keir | on behalf of Creditor U.S. Environmental Protection Agency andrew.w.keir@usdoj.gov efile_ees.enrd@usdoj.gov;LaBlanc.Elizabeth@epa.gov |
| Benjamin Teich | on behalf of U.S. Trustee U.S. Trustee Benjamin.Teich@usdoj.gov |
| Christopher P. Anton | on behalf of Creditor Boraie Development L.L.C. canton@fbtgibbons.com |
| Christopher P. Anton | on behalf of Creditor Milltown Ford Avenue Redevelopers LLC canton@fbtgibbons.com |
| David L. Gordon | on behalf of Creditor U.S. Environmental Protection Agency david.l.gordon@usdoj.gov efile_ees.enrd@usdoj.gov |
| John S. Mairo | on behalf of Creditor Milltown Ford Avenue Redevelopers LLC jmairo@fbtgibbons.com emunera@fbtgibbons.com |
| John S. Mairo | on behalf of Creditor Boraie Development L.L.C. jmairo@fbtgibbons.com emunera@fbtgibbons.com |
| Lawrence S Berger | on behalf of Debtor S B Building Associates Limited Partnership Successor by Merger with SB Milltown Industrial Realty Holdings LLC and Alsol Corporation lberger@uslandresources.com |
| Lawrence S Berger | on behalf of Debtor S B Building Associates Limited Partnership lberger@uslandresources.com |
| Mark B Conlan | on behalf of Creditor Boraie Development L.L.C. mconlan@connellfoley.com |
| Mark B Conlan | on behalf of Creditor Boraie Development L.L.C. mconlan@connellfoley.com |
| Mark B Conlan | on behalf of Creditor Milltown Ford Avenue Redevelopers LLC mconlan@connellfoley.com |
| Mark W Ford | on behalf of Interested Party Western Group Inc. markfordlaw@gmail.com, dsorbello@yahoo.com |
| Morris S. Bauer | on behalf of Defendant SB Building Associates Limited Partnership MSBauer@duanemorris.com tjsantorelli@duanemorris.com,morris-bauer-4859@ecf.pacerpro.com |
| Morris S. Bauer | on behalf of Debtor Alsol Corporation MSBauer@duanemorris.com tjsantorelli@duanemorris.com,morris-bauer-4859@ecf.pacerpro.com |
| Morris S. Bauer | on behalf of Debtor S B Building Associates Limited Partnership Successor by Merger with SB Milltown Industrial Realty Holdings LLC and Alsol Corporation MSBauer@duanemorris.com, tjsantorelli@duanemorris.com,morris-bauer-4859@ecf.pacerpro.com |
| Morris S. Bauer | on behalf of Debtor SB Milltown Industrial Realty Holdings LLC MSBauer@duanemorris.com, tjsantorelli@duanemorris.com,morris-bauer-4859@ecf.pacerpro.com |
| Morris S. Bauer | |

| | |
|---|---|
| | on behalf of Debtor Successor by Merger with SB Milltown Industrial Realty Holdings LLC MSBauer@duanemorris.com, tjsantorelli@duanemorris.com,morris-bauer-4859@ecf.pacerpro.com |
| Morris S. Bauer | on behalf of Defendant SB Milltown Industrial Realty Holdings LLC MSBauer@duanemorris.com, tjsantorelli@duanemorris.com,morris-bauer-4859@ecf.pacerpro.com |
| Morris S. Bauer | on behalf of Debtor S B Building Associates Limited Partnership MSBauer@duanemorris.com tjsantorelli@duanemorris.com,morris-bauer-4859@ecf.pacerpro.com |
| Morris S. Bauer | on behalf of Defendant Alsol Corporation MSBauer@duanemorris.com tjsantorelli@duanemorris.com,morris-bauer-4859@ecf.pacerpro.com |
| Paul Alain Sandars, III | on behalf of Creditor Milltown Ford Avenue Redevelopers LLC psandars@lawjw.com jcornine@lawjw.com |
| Stuart J. Glick | on behalf of Creditor Sass Muni VI LLC stuart.glick@bracewell.com, mary.kearney@bracewell.com;mco@bracewell.com;kelley.raphael@bracewell.com |
| Stuart J. Glick | on behalf of Creditor Sass Muni IV LLC stuart.glick@bracewell.com, mary.kearney@bracewell.com;mco@bracewell.com;kelley.raphael@bracewell.com |
| Stuart J. Glick | on behalf of Creditor Cherry Tree Property L.L.C. stuart.glick@bracewell.com, mary.kearney@bracewell.com;mco@bracewell.com;kelley.raphael@bracewell.com |
| Stuart J. Glick | on behalf of Creditor Sass Muni V LLC stuart.glick@bracewell.com, mary.kearney@bracewell.com;mco@bracewell.com;kelley.raphael@bracewell.com |
| Thomas R Valen | on behalf of Creditor Milltown Ford Avenue Redevelopers LLC tvalen@fbtgibbons.com |
| Thomas R Valen | on behalf of Creditor Boraie Development L.L.C. tvalen@fbtgibbons.com |
| Thomas R Valen | on behalf of Creditor Boraie Development L.L.C. tvalen@fbtgibbons.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 32